ACCEPTED
05-18-00001-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/7/2018 11:58 AM
LISA MATZ
CLERK

# IN THE COURT OF APPEALS
## FOR THE
## FIFTH COURT OF APPEALS DISTRICT OF TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/07/2018 11:58:10 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **ADRIAN URIBE,** | § | |
| **APPELLANT** | § | |
| | § | |
| | § | |
| **v.** | § | **NO.   05-18-00001-CR** |
| | § | |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | § | |

## APPELLANT   ADRIAN   URIBE'S   MOTION   FOR   EXTENSION

TO   THE   HONORABLE   COURT   OF   APPEALS:

Adrian Uribe (hereinafter "Appellant") respectfully requests that this Court grant an extension of time to file Appellant's Brief in the instant case.  In support of this motion, Appellant would show:

### - I -

The court below is the Criminal District Court 3 of Dallas County, Texas.  The style of the case in the trial court is The State of Texas v. Adrian Uribe, with a trial court cause number of F17-70392-J.

### - II -

The jury found Appellant guilty of a family violence assault.  Appellant was sentenced by the trial court to imprisonment for a period of 3 years, but the trial court

suspended the imposition of the sentence and placed Appellant on probation. Appellant is incarcerated at the current time because of philosophical differences regarding the trial court's order that Appellant participate in the SAFPF program as part of his probation.

- III -

Appellant is represented on appeal by undersigned counsel. According to this Court's official on-line website, the current deadline for the filing of Appellant's Brief is June 9, 2018, which is a Saturday. No prior extension has been requested by Appellant, such that no prior extensions have been granted by this Court.

- IV -

Due to undersigned counsel's other duties and commitments, Appellant respectfully requests an extension of time in the length of thirty (30) days, which would result in a new filing deadline of July 9, 2018 for Appellant's Brief. Undersigned counsel has recently filed the Appellant's Brief in the cases of Dennis Sims v. The State of Texas, 05-18-00139-CR and 05-18-00141-CR (filed May 31, 2018) and the Appellant's Amended Brief in the cases of Derek Lee Oestreich v. The State of Texas, 05-17-00545-CR and 05-17-00588-CR (filed June 6, 2018).

Appellant's case is not currently set for submission, such that the granting of the instant motion should not unduly or substantially delay the eventual submission of Appellant's case to this Court. Additionally, the extension is not sought for

purposes of delay but to permit undersigned counsel to fully review the appellate record so as to increase the opportunity available to undersigned counsel to place before this Court the very best arguments relative to Appellant's rights and legal interests.

- V -

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court, pursuant to its inherent power to suspend the rules of appellate procedure as set out in Tex. R. App. P. 2, grant Appellant a 30-day extension of time for the filing of the Appellant's Brief and establish July 9, 2018 as the new deadline for the filing of Appellant's Brief.

Respectfully submitted,

/s/ Michael R. Casillas
MICHAEL R. CASILLAS,
Chief Appellate Public Defender
State Bar No. 03967500
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207
(214) 653-3550/FAX (214) 653-3539
Michael.casillas@dallascounty.org

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that – no later than June 8, 2018 – a true, electronically-formatted copy of the instant motion has been served on opposing counsel, the Hon. Lori Ordiway, Assistant District Attorney/Chief Appellate Prosecutor, 133 N. Riverfront Blvd., LB-19, Dallas, Texas 75207 by use of the electronic-service function that may be used in conjunction with the electronic filing of the instant motion with this Court through the electronic filing service provider to which Appellant's undersigned counsel subscribes.

While Tex. R. App. P. 9.4(i)(2)(A)-(D) does not designate a maximum number of words that an extension motion is not to exceed, I also hereby certify – based on the word-count function of the WordPerfect, word-processing software with which the instant motion was drafted – that the instant motion contains 433 words.

/s/ Michael R. Casillas
Michael R. Casillas